# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

MELANIE A. McCANNEY,

         Plaintiff,

v.

VILLAGE OF CAMDEN, Chief of Police DANIEL MARH, Police Officer D.J. HUMPHRIES II, individually and/or as agents, servants, and/or employees of the Village of Camden; CAMDEN CENTRAL SCHOOL DISTRICT, Superintendent MARY LYNNE SZCZERBA, Transportation Director EDWARD SNOW, Assistant Superintendent KARL KEIL, Superintendent of Grounds RANDY BAJHOR, individually and/or as agents, servants and/or employees of Camden Central School District,

         Defendants.

**STIPULATION OF DISCONTINUANCE**

Case No.: 6-15-cv-01320
[TMJ/TWD]

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 31 2017
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that pursuant to R. 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is dismissed, <u>with prejudice</u>, and without costs to either party as against the other. Further, no party hereto is an infant or incompetent.

**IT IS FURTHER STIPULATED, CONSENTED AND AGREED**, that facsimile signatures are to be deemed original signatures and this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: _October 25_, 2017    SMITH, SOVIK, KENDRICK & SUGNET, P.C.

By: _____
Edward J. Smith, III, Esq.
Bar Roll No. 502012
Attorneys for Plaintiff
250 S. Clinton Street, Suite 600
Syracuse, New York 13202
Telephone (315) 474-2911
esmith@smithsovik.com

{S0648803.1}

Dated: Aug. 25, 2017

MURPHY, BURNS, BARBER & MURPHY

By: _____
Thomas K. Murphy, Esq.
Attorneys for Defendants
*Village of Camden, Daniel Marh, D.J. Humphries*
226 Great Oaks Boulevard
Albany, New York 12203
tkm@mbbmlaw.com

Dated: September 26, 2017, 2017

COSTELLO, COONEY & FEARON, PLLC

By: _____
Donald S. DiBenedetto, Esq.
Attorneys for Defendants
*Camden Central School District, Mary Lynne Szczerba, Edward Snow, Karl Keil and Randy Bajhor*
Bridgewater Place
550 Plum Street, Suite 300
Syracuse, New York 13204
dsd@ccf-law.com

SO ORDERED.

Dated: October 31, 2017

_____
Hon. Thomas J. McAvoy, SUSDJ

{50649803.1}